

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00329-CV

Hana **ALSARABI**,
Appellant

v.

**TEXAS FIRST RENTAL, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI11218
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the motion to dismiss the appeal is GRANTED and the appeal is DISMISSED. Costs of the appeal are taxed against appellant Hana Alsarabi. *See* TEX. R. APP. P. 42.1(d).

SIGNED July 3, 2024.

Luz Elena D. Chapa, Justice